**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pontoon Brewing Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-4087373 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8601 Dunwoody Place | |
| Number   Street | Number   Street |
| Suite 500 | |
| | P.O. Box |
| Atlanta   GA   30350 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fulton County | 4720 Stone Drive |
| County | Number   Street |
| | Suite A |
| | Tucker   GA   30084 |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)    pontoonbrewing.com

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Pontoon Brewing Company, LLC**  
Name

Case number *(if known)* _____

### 7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7224

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____ MM/DD/YYYY  Case number _____
  District _____  When _____ MM/DD/YYYY  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____  Relationship _____
  District _____  When _____ MM/DD/YYYY
  Case number, if known _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor   **Pontoon Brewing Company, LLC**_____   Case number (*if known*)_____
          Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____<br>City                                State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | Estimated number of creditors | ☐ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000<br>☑ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000<br>☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000<br>☐ 200-999 |
| 15. | Estimated assets | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor __Pontoon Brewing Company, LLC_____ Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/16/2023__
      MM / DD / YYYY

✘ __/s/ Sean O'Keefe_____     __Sean O'Keefe_____
Signature of authorized representative of debtor     Printed name

Title __Manager_____

**18. Signature of attorney**

✘ __/s/ G. Frank Nason, IV_____     Date __11/16/2023__
Signature of attorney for debtor                                       MM / DD / YYYY

__G. Frank Nason, IV_____
Printed name
__Lamberth, Cifelli, Ellis & Nason, P.A._____
Firm name
__6000 Lake Forrest Drive, NW Ste. 435_____
Number     Street
__Atlanta_____    __GA__    __30328_____
City                                      State      ZIP Code

__404-262-7373_____     __fnason@lcenlaw.com_____
Contact phone                               Email address

__535160_____     __GA_____
Bar number                                  State

**Fill in this information to identify the case:**

Debtor name: Pontoon Brewing Company, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Brewers Supply Group<br>800 First Avenue West<br>Shakopee, MN, 55379 | | Suppliers or Vendors | | | | 157,808.20 |
| 2 | TDC Northridge, LLC<br>400 Northridge Road<br>Suite 130<br>Atlanta, GA, 30350 | | Lease | | | | 93,948.25 |
| 3 | United Boiler<br>3687 McElroy Road<br>Atlanta, GA, 30340 | | Suppliers or Vendors | | | | 92,178.31 |
| 4 | Bridges Stone Properties, LLC<br>Attn: David Bridges<br>4431 East Brookhaven Drive, NE<br>Atlanta, GA, 30319 | | Lease | | | | 85,145.26 |
| 5 | American Express<br>P.O. Box 360001<br>Ft. Lauderdale, FL, 33336 | | Credit Card Debt | | | | 73,623.62 |
| 6 | Fundbox, Inc<br>6900 Dallas Parkway<br>Suite 700<br>Plano, TX, 75024 | | Monies Loaned / Advanced | | | | 68,860.27 |
| 7 | Gwinnett Stripers<br>2500 Buford drive<br>Lawrenceville, GA, 30043 | | Rent | | | | 55,000.00 |
| 8 | Alcohol and Tobacco Tax and Trade Bureau<br>Chief Counsel<br>1310 G Street, NW, Box 12<br>Washington, DC, 20005 | | Taxes & Other Government Units | | | | 50,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Pontoon Brewing Company, LLC**  Case number *(if known)*_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | First National Bank Omaha<br>P. O. Box 2457<br>Omaha, NE, 68172 | | Monies Loaned / Advanced | | | | 49,859.54 |
| 10 | Country Malt Group<br>P. O. Box 51602<br>Los Angeles, CA, 90051 | | Suppliers or Vendors | | | | 39,260.81 |
| 11 | Green C Trading, LLC<br>555 North Point Center East<br>4th Floor<br>Alpharetta, GA, 30022 | | Suppliers or Vendors | | | | 37,933.72 |
| 12 | Osprey Environmental Inc.<br>1770 Ridgefield Drive<br>Roswell, GA, 30075 | | Services | | | | 36,298.00 |
| 13 | Keg Logistics, LLC<br>P. O. Box 912908<br>Denver, CO, 80291 | | Suppliers or Vendors | | | | 24,423.60 |
| 14 | Info Label, Inc.<br>12 Enterprise Avenue<br>Clifton Park, NY, 12065 | | Suppliers or Vendors | | | | 24,214.08 |
| 15 | Fulton County Tax Commissioner<br>Arthur E. Ferdinand<br>P.O. Box 105052<br>Atlanta, GA, 30348 | | Taxes & Other Government Units | | | | 23,679.17 |
| 16 | Crosby Hops<br>18564 Arbor Grove Rd<br>Woodburn, OR, 97071 | | Suppliers or Vendors | | | | 21,375.77 |
| 17 | Hop Head Farms, LLC<br>18 Shipyard Drive<br>Suite 2B<br>Hingham, MA, 02043 | | Suppliers or Vendors | | | | 19,092.12 |
| 18 | Powers Electrical<br>1034 Concord Road<br>Smyrna, GA, 30080 | | Services | | | | 16,671.17 |
| 19 | Scofflaw Brewing Company<br>1738 Macarthur Blvd NW<br>Atlanta, GA, 30318 | | Suppliers or Vendors | | | | 13,646.00 |
| 20 | Spirited Event Group<br>1487 Glenwood Avenue SE<br>Atlanta, GA, 30316 | | Services | | | | 11,578.64 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Pontoon Brewing Company, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia____

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/16/2023__          ✘ __/s/ Sean O'Keefe_____
             MM / DD / YYYY             Signature of individual signing on behalf of debtor

                                        Sean O'Keefe_____
                                        Printed name

                                        Manager_____
                                        Position or relationship to debtor

Official Form 202             **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court

Northern District of Georgia

In re: Pontoon Brewing Company, LLC

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/16/2023

/s/ Sean O'Keefe

Signature of Individual signing on behalf of debtor

Manager

Position or relationship to debtor

Adam & Reese LLP
3424 Peachtree Road NE
Suite 1600
Atlanta, GA 30326


Alcohol and Tobacco Tax and Trade Bureau
Chief Counsel
1310 G Street, NW, Box 12
Washington, DC 20005


Alcohol and Tobacco Tax and Trade Bureau
United State Attorney
75 Ted Turner Drive, Suite 600
Atlanta, GA 30303


Ally Auto Finance
P.O. Box 380902
Bloomington, MN 55438


Amaris Bank
3490 Piedmont Road, NE
Suite 750
Atlanta, GA 30305


American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336


American Express
P. O. Box 60189
City Of Industry, CA 91716


Ameris Bank
CT Corporation System
289 South Culver Street
Lawrenceville, GA 30046


ASCAP
Attn: Account Services
P. O. Box 331608
Nashville, TN 37203


Battle Packaging LLC
1720 Peachtree Street NW
Suite 333
Atlanta, GA 30309


Belmark
600 Heritage Road
PO Box 5310
De Pere, WI 54115


Beverage Control, Inc.
5215 S Royal Atlanta Drive
Tucker, GA 30084


Brewers Supply Group
800 First Avenue West
Shakopee, MN 55379


Brewing & Distilling Analytical
7100 Broadway
STE 1J
Denver, CO 80221


Bridges Stone Properties, LLC
Attn: David Bridges
4431 East Brookhaven Drive, NE
Atlanta, GA 30319


Bridgestone Arena
501 Broadway
Nashville, TN 37203


Brucker HVAC
5247 Lockwood Lane
Powder Springs, GA 30127


Buckman Laboratories
1256 North McLean Blvd.
Memphis, TN 38108


C-M Glo, LLC
1201 N 4th Street
Watertown, WI 53098


Capital One
Attn: Bankruptcy Department
P. O. Box 30285
Salt Lake City, UT 84130


Capital One
11011 West Broad Street
Richmond, VA 23233


CashFlow Management
7412 Southwest Beaverton Hillsdale Hwy
Suite 205
Portland, OR 97225


Cerco Group
601 E. Kensington Road
Mount Prospect, IL 60056

Chemstation of Alabama
3021 Dublin Circle
Bessemer, AL 35022

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263

City of Sandy Springs
1 Galambos Way
Atlanta, GA 30328

Country Malt Group
P. O. Box 51602
Los Angeles, CA 90051

Crosby Hops
18564 Arbor Grove Rd
Woodburn, OR 97071

Equipment Share
1890 Dogwood Drive SE
Conyers, GA 30013

Fire Protection Services
2030 Powers Ferry Road SE
Suite 100
Atlanta, GA 30339

First National Bank Omaha
P. O. Box 2457
Omaha, NE 68172

Fulton County Tax Commissioner
Arthur E. Ferdinand
P.O. Box 105052
Atlanta, GA 30348

Fundbox, Inc
6900 Dallas Parkway
Suite 700
Plano, TX 75024

Georgia Department of Revenue
P.O. Box 105499
Atlanta, GA 30348-5499

Georgia Department of Revenue
Compliance Division - ARCS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3202

GM Financial
P. O. Box 183593
Arlington, TX 76096

Grandstand
P. O. Box 3497
Wichita, KS 67201

Green C Trading, LLC
555 North Point Center East
4th Floor
Alpharetta, GA 30022

Gwinnett Stripers
2500 Buford drive
Lawrenceville, GA 30043

Hop Head Farms, LLC
18 Shipyard Drive
Suite 2B
Hingham, MA 02043

Hydro Chemicals LLC
8493-C Gulf View Drive
Soddy Daisy, TN 37379

Imperial Yeast
1268 NE Sacramento Road
Suite 130
Portland, OR 97230

Info Label, Inc.
12 Enterprise Avenue
Clifton Park, NY 12065

InTouch Labels and Packaging
12 Technology Drive North
North Chelmsford, MA 01863

Iron Heat Canning Co.
Department 1050
P. O. Box 986500

Keg Logistics
2450 Old Milton Parkway
Suite 101
Alpharetta, GA 30009

Keg Logistics, LLC
P. O. Box 912908
Denver, CO 80291

Kings Orchards, Inc.
4620 N M-88
Central Lake, MI 49622


Mitec
2445 Meadowbrook Parkway
Duluth, GA 30096


New York Hop Guild
29 Arbutus Road
Johnson City, NY 13790


Orkin Pest Control
P. O. Box 740473
Cincinnati, OH 45274


Osprey Environmental Inc.
1770 Ridgefield Drive
Roswell, GA 30075


Phantasm Limited
9 Walmer Street, Hataitai
Wellington 6021
New Zealand,


Powers Electrical
1034 Concord Road
Smyrna, GA 30080


Receivables Control
7373 Kirkwood Court
Suite 200
Osseo, MN 55369


Regency Supply
9261 Jordan Avenue
Chatsworth, CA 91311


Scofflaw Brewing Company
1738 Macarthur Blvd NW
Atlanta, GA 30318


Shumate Mechanical
2895 Premier Parkway
Duluth, GA 30097


Sidney Lee Welding Supply, Inc.
2247 Highway US 19-41
Hampton, GA 30228


Simon Bakaric
201 Allen Road
Suite 300
Atlanta, GA 30328


Small Business Administration
233 Peachtree Street, NE
Suite 300
Atlanta, GA 30303


Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


Spirited Event Group
1487 Glenwood Avenue SE
Atlanta, GA 30316


SuperSource
3655 Kennesaw 75 Parkway
Suite 100
Kennesaw, GA 30144


TDC Northridge, LLC
400 Northridge Road
Suite 130
Atlanta, GA 30350


TDC Northridge, LLC
P.O. Box 743974
Atlanta, GA 30374


Total Quality Logistics
P. O. Box 634558
Cincinnati, OH 45263


Toyota Commercial Finance
8951 Cypress Waters Blvd.
Coppell, TX 75019


Trident Transport, LLC
P.O. Boz 746991
Atlanta, GA 30374


Trison Mechanical Services, LLC
107-A Guthrie Way
Peachtree City, GA 30269

Twelve & Associates, LLC
2270 NW Parkway SE
Suite 185
Marietta, GA 30067


United Boiler
3687 McElroy Road
Atlanta, GA 30340


United Community Bank
Attn: Melinda Lux
125 Hwy 515 East
Blairsville, GA 30512


United Community Bank
C T Corporation System
289 South Culver Street
Lawrenceville, GA 30046


VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078


YRC Freight
c/o Synter
P. O. Box 93151
Chicago, IL 60673