UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-61376-lrc |
| PONTOON BREWING COMPANY, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| | ) | (Subchapter V) |

### MOTION TO EXTEND TIME TO FILE SCHEDULES
### AND STATEMENTS OF FINANCIAL AFFAIRS

COMES NOW Pontoon Brewing Company, debtor and debtor in possession ("Debtor"), by and through the undersigned counsel, and hereby respectfully moves this Court for an order extending the time to file its schedules and statements of financial affairs. In support of the Motion, Debtor shows the Court the following:

1. This case was commenced by voluntary Chapter 11 petition filed on November 16, 2023.

2. Pursuant to Fed. R. Bankr. P. 1007, a debtor in a voluntary case is required to file with the Court schedules of assets and liabilities, a statement of financial affairs, a statement of executory contracts, and a statement of current income (collectively, the "Schedules and Statements"), within fourteen (14) days after entry of the order for relief, unless the fourteenth day is a weekend or federal holiday. The deadline by which Debtor is required to file Schedules and Statements in this case is November 30, 2023. This Motion is filed prior to the expiration of such deadline.

3. Debtor requires additional time to complete its Schedules and Statements. Debtor seeks an extension of time to file its Schedules and Statements pursuant to Rule 1007 through

and including December 4, 2023. Debtor shows that the §341(a) meeting of creditors is currently scheduled for December 8, 2023.

**WHEREFORE,** Debtor prays that this Court grant an extension of time, through and including December 4, 2023, within which to file its Schedules and Statements, and that this Court grant such other and further relief as is just and proper.

Dated: November 30, 2023

                                       LAMBERTH, CIFELLI,
                                       ELLIS & NASON, P.A.
                                       *Proposed Attorneys for Debtor*

                               By: */s/ G. Frank Nason, IV*
                                       G. Frank Nason, IV
                                       Georgia Bar No. 535160
                                       FNason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, GA 30328
(404) 262-7373

## Certificate of Service

This is to certify that I have on this day electronically filed the foregoing *Motion to Extend Time to File Schedules and Statements of Financial Affairs* using the Bankruptcy Court's Electronic Case Filing program which sends and electronic notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: November 30, 2023

                                                */s/ G. Frank Nason, IV*
                                                G. Frank Nason, IV
                                                Georgia Bar No. 535160
                                                fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, GA 30328
(404) 262-7373