**IT IS ORDERED as set forth below:**

**Date: May 21, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-61376-lrc |
| PONTOON BREWING COMPANY, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| | ) | (Subchapter V) |

**ORDER APPROVING PLAN MODIFICATION**

Before the Court is the *Motion to Approve Plan Modification* (the “Motion”)(Doc. No. 202) filed by Pontoon Brewing Company, LLC (“Pontoon”), Reorganized Debtor under the *Second Amended and Restated Chapter 11 Plan of Reorganization Submitted by Pontoon Brewing Company, LLC, Debtor and Debtor in Possession* (the “Plan”) confirmed under 11 U.S.C. § 1191(b) by Order entered May 23, 2024 (Doc. No. 169). In the Motion, Pontoon sought approval pursuant to 11 U.S.C. § 1193(c) to modify Article 5.1 of the Plan.

In the Motion, Pontoon proposed to amend the Plan by deleting Article 5.1 and substituting the following (the “Plan Modification”):

> Equity Contribution. Pontoon Brewing Company, LLC, as Reorganized Debtor ("Pontoon"), initially secured $337,500 in Equity Contributions, which were available for payment of Allowed Administrative Expenses due on the Effective Date of the Plan and necessary repairs, including the Glycol replacement and Augur repair (the "Initial Equity Contribution"). As a result of distribution issues and delays, as well as federal legislation that adversely affected CBD related products, Pontoon requires additional capital (the "New Equity Contribution"). Upon entry of an Order approving this modification to the Plan, Pontoon shall obtain the New Equity Contribution as follows: (i) a *Secured Convertible Note* (the "Note") from John C. Thomas Family L. P. (the "Note Holder") in the principal amount of $150,000.00, which accrues interest at the rate of ten (10) percent. The Note shall mature on the third anniversary of its execution (the "Maturity Date"). If not converted prior to the Maturity Date, the principal plus accrued interest shall be payable in twenty-four (24) equal monthly installments. If converted, interest shall accrue at the rate of three and one-half (3.5) percent and the conversion price shall be $0.01 per share, subject to anti-dilution adjustment. Pontoon shall secure the Note under a *Security Agreement* pursuant to which Pontoon will grant to Note Holder a security interest in all assets not presently pledged to other creditors, (ii) a *Membership Purchase Agreement* (the "Purchase Agreement") between Pontoon and JCT Family Limited Partnership ("JCT") pursuant to which Ponton will issue $15,000,000 membership interests at $0.01 per interest and JCT will have 57% of the outstanding interests and shall become the Co-Managing Member with Sean O'Keefe under the governing Operating Agreement, and (iii) Pontoon shall make available an additional 10,000,000 membership interests at 0.01 per interest, for an additional contribution of $100,000.00.

United Community Bank ("UCB") filed its *Objection to Modification of Debtor's Confirmed Plan of Reorganization* (the "Objection") (Doc. No. 206). The matter came on for hearing (the "Hearing") on May 20, 2026. At the Hearing, the Court heard argument from counsel for Pontoon and Counsel for UCB. The Court, having considered the Motion, the Objection, the record, and the argument of counsel, finds that circumstances surrounding Pontoon's operations and financial condition warrant the Plan Modification and that the Plan, as modified by the Plan Modification, satisfies the requirements of 11 U.S.C. § 1191(b). Accordingly, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Objection is overruled; and it is further

ORDERED that the Plan Modification is approved; and it is further

ORDERED that the Plan, as modified by the Plan Modification, is the Plan for all purposes pursuant to 11 U.S.C. § 1193(c); and it is further

ORDERED that except as modified by the Plan Modification, the provisions of the Plan remain in full force and effect.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Pontoon Brewing Company, LLC*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328

John A. Thomson, Jr., Adams & Reese LLP, 3424 Peachtree Road, NE, Suite 1600, Atlanta, GA 30326

Alan Hinderleider, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Tamara Miles Ogier, P.O. Box 1547, Decatur, GA 30031

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 23-61376-lrc
Pontoon Brewing Company, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: May 22, 2026 Form ID: pdf416 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pontoon Brewing Company, LLC, 8601 Dunwoody Place, Suite 500, Atlanta, GA 30350, UNITED STATES 30350-2551 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Andrew D. Gleason | on behalf of Creditor AmeriCredit Financial Services Inc. DBA GM Financial agleason@lrglaw.com |
| Benjamin R Keck | on behalf of Creditor Community Brewing Ventures LLC bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| Benjamin R Keck | on behalf of Creditor Bridges - Stone Properties LLC bkeck@kecklegal.com, 2411851420@filings.docketbird.com,9222034420@filings.docketbird.com |
| C. Joseph Hoffman | on behalf of Creditor TDC Northridge LLC jhoffman@rhphllp.com, sschuler@rhphllp.com |
| Craig A. Cooper | |

| | |
|---|---|
| | on behalf of Creditor Bridges - Stone Properties LLC ccooper@kecklegal.com |
| Daniel T Seelos | on behalf of Creditor TDC Northridge LLC dseelos@rhphllp.com, sschuler@rhphllp.com |
| Delia Corinne Thrasher | on behalf of Creditor AMERIS BANK mayers@starfieldsmith.com |
| G. Frank Nason, IV | on behalf of Debtor Pontoon Brewing Company LLC fnason@lcenlaw.com, emiller@lcenlaw.com;emiller_169@ecf.courtdrive.com;fnason@ecf.courtdrive.com |
| John A. Thomson, Jr. | on behalf of Creditor United Community Bank john.thomson@arlaw.com lianna.sarasola@arlaw.com;vanessa.hargrow@arlaw.com;kewanna.harris@arlaw.com |
| Michael F. Holbein | on behalf of Creditor Humana Insurance Company mholbein@sgrlaw.com |
| Philip L. Rubin | on behalf of Creditor AmeriCredit Financial Services Inc. DBA GM Financial prubin@lrglaw.com |
| Philip L. Rubin | on behalf of Creditor Toyota Industries Commercial Finance Inc. prubin@lrglaw.com |
| Philip L. Rubin | on behalf of Creditor Ally Bank prubin@lrglaw.com |
| Roberto Bazzani | on behalf of Creditor Green C. Trading LLC d/b/a Aseptic Fruit Purees bazzanir@deflaw.com, prayk@deflaw.com |
| Ron C. Bingham, II | on behalf of Creditor United Community Bank ron.bingham@arlaw.com lianna.sarasola@arlaw.com |
| Tamara M. Ogier (Sub V Trustee) | tmo@orratl.com jc@orratl.com;tmo@trustesolutions.net;ctmo11@trustesolutions.net |
| Vivieon K Jones | on behalf of Creditor United States Small Business Administration vivieon.jones@usdoj.gov CaseView.ECF@usdoj.gov |

TOTAL: 18